IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:07cr00161 REL |
| | ) | |
| vs. | ) | SUPPLEMENTAL ORDER |
| | ) | |
| CHARLES WAYNE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

   The Court previously granted the Government's unopposed motion for psychological evaluation and now enters this supplemental order to set forth the time-frame and other particulars regarding the contemplated examination and the hearing date for this case.

   Specifically, the question to be addressed by the Government's expert is an evaluation of Charles Moore for post-traumatic stress disorder. In addressing this question, the Bureau of Prisons is hereby authorized to conduct a psychological examination of Mr. Moore, pursuant to 18 U.S.C. § 3552(b) and (c), since the information sought will be used for sentencing purposes herein.

   As to time-frame, the B.O.P. shall be allowed one hundred twenty (120) days from entry of this Order in which to perform the needed examination – plus an additional ten business days in which to prepare and submit a written report. The Defendant has withdrawn his request to have his examination tape recorded. Therefore, this is no longer necessary.

The hearing in this case shall be continued to allow the above-referenced examination, and the additional time shall be excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated this 16th day of June, 2008.

_____
RONALD E. LONGSTAFF, Senior Judge
United States District Court